IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MICHAEL GILBREATH,

    Petitioner,

v.

                                                        Case No. 19-cv-728-jdp

DAN WINKLESKI,

    Respondent.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of petitioner Michael Gilbreath, granting his petition for writ of habeas corpus under 28 U.S.C. § 2254. The State of Wisconsin has 120 days to either release Gilbreath or initiate proceedings to retry him.

_____                      AUGUST 5, 2020
James D. Peterson                                    Date
District Judge

_____                      August 5, 2020
Peter Oppeneer                                      Date
Clerk of Court