IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MICHAEL GILBREATH,

    Petitioner,

v.                                            Case No. 19-CV-728

DAN WINKLESKI,

    Respondent.

## NOTICE OF APPEAL

    Notice is hereby given, pursuant to Fed. R. App. P. 3(a) and (c) and 4(a)(1)(A), that Warden Dan Winkleski hereby appeals to the United States Court of Appeals for the Seventh Circuit from the final judgment granting Michael Gilbreath's petition for a writ of habeas corpus, entered on August 5, 2020, by the United State District Court for the Western District of Wisconsin, the Honorable James D. Peterson, presiding.

    Dated at Madison, Wisconsin, this 28th day of August 2020.

                                              Respectfully submitted,

                                              JOSHUA L. KAUL
                                              Attorney General of Wisconsin

                                              <u>s/ Sarah L. Burgundy</u>
                                              SARAH L. BURGUNDY
                                              Assistant Attorney General
                                              State Bar #1071646

                                              Attorneys for Respondent

Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857
(608) 261-8118
(608) 294-2907 (Fax)
burgundysl@doj.state.wi.us