IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MICHAEL GILBREATH,

    Petitioner,

v.

                            Case No. 19-cv-728-jdp

DAN WINKLESKI,

    Respondent.

JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered denying Michael Gilbreath's petition for a writ of habeas corpus under 28 U.S.C § 2254 and closing this case.

| /s/ | January 25, 2022 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |